UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY TOWNS, JR.,

    Plaintiff,

vs.                                     CASE NO.: 3:15-cv-00140-MMH-JBT

RICK BESELER, in his official
capacity as Sheriff of Clay County,
Florida; DEPUTY J.A. TOMLINSON;
DEPUTY M.J. PESEK;

    Defendants.
_____/

## DEPUTY M.J. PESEK'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Deputy M.J. Pesek, in his individual capacity, by and through his undersigned counsel, and pursuant to Rule 12 of the Federal Rules of Civil Procedure, hereby files his answer and affirmative defenses to the Plaintiff's Amended Complaint and states as follows:

1. Defendant, Deputy M.J. Pesek, in his individual capacity (hereinafter "Defendant Deputy Pesek") admits that at all times material to the Amended Complaint Rick Beseler was the elected Sheriff of Clay County, Florida.

2. Defendant Deputy Pesek admits that at all times material to the Amended Complaint Defendant, Deputy J.A. Tomlinson was a deputy sheriff employed by Sheriff Rick Beseler.

3. Defendant Deputy Pesek admits that at all times material to the Amended Complaint Defendant, Deputy M.J. Pesek was a deputy sheriff employed by Sheriff Rick Beseler.

4. Defendant Deputy Pesek admits that on or about September 9, 2013, the Plaintiff appeared at the Clay County Sheriff's Office and Defendant Deputy Pesek arrested the Plaintiff pursuant to a warrant for his arrest.

5. Defendant Deputy Pesek admits that the Plaintiff was prosecuted for the offense of petit theft and the Office of the State Attorney announced a Nolle Prosequi on November 13, 2013.

6. Defendant Deputy Pesek denies each and every allegation contained in the Plaintiff's Amended Complaint, which is not specifically admitted herein and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

7. Defendant Deputy Pesek affirmatively alleges that there was probable cause or arguable probable cause to affect the arrest/seizure of the Plaintiff, on September 9, 2013 because there was a valid warrant/capias for his arrest and therefore, the Plaintiff has no valid claim for false arrest/imprisonment under Federal law against this Defendant.

8. Defendant Deputy Pesek affirmatively alleges that the arrest of the Plaintiff was lawful, conducted pursuant to legal authority and was reasonable and warranted under the circumstances.

9. Defendant Deputy Pesek affirmatively asserts that no federally protected rights of the Plaintiff have been violated.

10. Defendant Deputy Pesek affirmatively asserts that at all times material he was acting in good faith and did not knowingly violate any of the Plaintiff's clearly established constitutional rights, and as such, he has absolute and/or qualified immunity for the claim asserted against him.

11. Defendant Deputy Pesek affirmatively asserts that he is entitled to the defense of qualified immunity, because there was arguable probable cause to arrest the Plaintiff.

WHEREFORE, Defendant, Deputy M.J. Pesek respectfully requests that this Honorable Court enter its order dismissing the Plaintiffs' Complaint and awarding costs.  Defendant, Deputy M.J. Pesek requests a trial by jury of all issues so triable.

**CERTIFICATE OF SERVICE**

I certify that a copy was electronically filed with the Clerk of the Court using the CM/ECF system on this 10th day of April 2015, which will send notice of electronic filing to Plaintiff's counsel, **Eric Friday, Esquire,** Fletcher & Phillips, 541 East Monroe Street, Suite 1, Jacksonville, FL 32202; and Co-Defendant's counsel, **Jeannette M. Andrews, Esquire/Joe Longfellow, III, Esquire,** Andrews, Crabtree, Knox & Andrews, LLP, 1558 Village Square Boulevard, Suite 1, Tallahassee, FL 32317-2800.

*/s/ Bruce R. Bogan*
Bruce R. Bogan, Esquire
Florida Bar No. 599565
Melissa J. Sydow, Esquire
Florida Bar No. 39102
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL  32802-4973
Telephone: (407) 425-4251
Facsimile: (407) 841-8431
Email: bbogan@hilyardlawfirm.com
Email: msydow@hilyardlawfirm.com
Attorneys for Defendants Beseler and Pesek